

# Fourth Court of Appeals
## San Antonio, Texas

August 25, 2015

No. 04-12-00108-CV

**IN THE INTEREST OF M.G.N. AND A.C.N., MINOR CHILDREN,**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-17947
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

On July 29, 2015, this court issued its opinion and judgment. Appellant filed a motion for rehearing. The Court requests that Appellee file a response on or before September 4, 2015. See TEX. R. APP. P. 49.2.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court